# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GUALBERTO GONZALEZ, JR.,<br><br>Defendant. | Case No. 26-CR-2-JPS-1<br><br>**ORDER** |

On January 6, 2026, the Grand Jury returned a single-count indictment, charging Defendant Gualberto Gonzalez, Jr. ("Defendant") with possession of a firearm after misdemeanor crime of domestic violence in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8). ECF No. 1. On August 14, 2026, the parties filed a plea agreement, indicating that Defendant agreed to plead guilty to the single charge in the indictment. ECF No. 30.

On August 31, 2026, the parties appeared before Magistrate Judge William E. Duffin to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 32. Defendant entered a plea of guilty as to 18 U.S.C. §§ 922(g)(9) and 924(a)(8). *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*; ECF No. 31.

On August 31, 2026, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 32. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 32, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 8th day of October, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge